IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00279-RPM-BNB

UNITED STATES OF AMERICA
for the use of EFCO CORPORATION,

      Plaintiff,

v.

THE GUARANTEE COMPANY OF NORTH
 AMERICA USA, a Michigan Corporation,
FIDELITY & DEPOSIT COMPANY OF
 MARYLAND, a Maryland corporation,
ZURICH AMERICAN INSURANCE
 COMPANY, a New York corporation,
BENNETT CONTRACT GLAZING, INC.,
  a Utah corporation,
CREATIVE TIMES DAYSCHOOL, INC. dba
 CREATIVE TIMES, INC., a Utah corporation,
BIG-D CONSTRUCTION CORP., a Utah
 corporation and
MICHAEL F. LAMOREAUX,

      Defendants.

_____

ORDER FOR DISMISSAL
_____

Pursuant to the Stipulated Motion for Dismissal with Prejudice [54] filed July 15, 2013, it

is

ORDERED that this action is dismissed with prejudice, each party to bear their own

costs and attorney's fees.

DATED: July 15th, 2013

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge